**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSHUA ROY WARD,

                          Plaintiff,

    v.

J. HENLEY, *et al.*,

                        Defendants.

3:25-cv-00057-ART-CSD

**ORDER RE: SERVICE OF PROCESS**

The Office of the Attorney General did not accept service of process on behalf of Defendants **Richard Ashcraft, Olivia Agle** and **April Adams.** (ECF No. 26.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 27.)

The Clerk shall ISSUE summonses for **Richard Ashcraft, Olivia Agle** and **April Adams** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 27.) The Clerk shall also SEND sufficient copies of the First Amended Complaint (ECF No. 14), the screening order (ECF No. 15), and this order to the U.S. Marshal for service on the Defendants. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

Plaintiff is reminded that **April 21**, **2026**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: February 9, 2026.



Craig S. Denney
United States Magistrate Judge