**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSHUA ROY WARD,

    Plaintiff

v.

J. HENLEY, et al.,

    Defendants

Case No.: 3:25-cv-00057-ART-CSD

**Order**

Re: ECF Nos. 35, 37

Plaintiff filed a motion for entry of default judgment as to defendant Olivia Agle. (ECF No. 35.) He subsequently filed a motion for errata, acknowledging that Olivia Agle is represented by the Attorney General's Office, and asking the court to strike his motion for entry of default judgment as to Olivia Agle. (ECF No. 37.)

Plaintiff's motion for errata (ECF No. 37) is **GRANTED**, and Plaintiff's motion for entry of default judgment as to Olivia Agle (ECF No. 35) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: March 23, 2026

_____

Craig S. Denney
United States Magistrate Judge