**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| JOSHUA ROY WARD,<br><br>    Plaintiff<br><br>v.<br><br>J. HENLEY, et al.,<br><br>    Defendants | Case No.: 3:25-cv-00057-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 36 |

Plaintiff has moved for clerk's entry of default as to defendant Ashcraft. (ECF No. 36.) The Attorney General's Office filed a notice the following day that it accepts service for defendant Ashcraft. (ECF No. 38.)

Plaintiff's motion for clerk's entry of default as to defendant Ashcraft (ECF No. 36) is **DENIED**.

Defendants have not yet filed an answer or otherwise responded to the amended complaint. Defendants have until **March 27, 2026,** to file an answer or otherwise respond to the amended complaint.

**IT IS SO ORDERED**.

Dated: March 23, 2026

_____
Craig S. Denney
United States Magistrate Judge